UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER KEY, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES DEPARTMENT OF BUILDING AND SAFETY; DOES 1-10, INCLUSIVE<br><br>Defendants. | Case No.: CV 24-03069 DMG (SKx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [31]** |

1

The Court has reviewed and considered the Parties' Joint Stipulation to dismiss the above-captioned action, with prejudice.

For good cause shown, the Parties' Joint Stipulation, filed on September 15, 2025, is APPROVED.

IT IS HEREBY ORDERED that the above-captioned action is DISMISSED in its entirety, with prejudice.

DATED: September 15, 2025

_____
DOLLY M. GEE
Chief United States District Judge